Decided October 1, 2003

STEVEN CRAIG *v.* STAFFORD CONSTRUCTION,
INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 78 Conn. App. 549 (AC 23197), is granted, limited to the following issue:

"Did the Appellate Court properly determine that an internal affairs investigation conducted by the Hartford police department is a quasi-judicial proceeding so that statements made in the course of such a proceeding are entitled to an absolute privilege?"

The Supreme Court docket number is SC 17073.

*Neil Johnson,* in support of the petition.

*Ralph W. Johnson III* and *Kevin J. Greene,* in opposition.

Decided October 1, 2003